# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144744

ELLEANE RAJI,
        Plaintiff-Appellant,

v

GENESEE COUNTY LAND BANK and
GENESEE CIRCUIT COURT JUDGE,
        Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144744
COA: 307678
Genesee CC: 06-083780-CZ

_____/

On order of the Court, the application for leave to appeal the January 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

t0514